# United States Court of Appeals
## For the First Circuit

─────────────

Nos. 19-1305
     19-1312
     19-1315
     20-1603
     20-1604
     20-1920
     20-1951
     21-1098
     21-1100

UNITED STATES OF AMERICA,

Appellee,

v.

AUREA VÁZQUEZ RIJOS, a/k/a Beatriz Vázquez, a/k/a Aurea
Dominicci; MARCIA VÁZQUEZ RIJOS; and JOSÉ FERRER SOSA,

Defendants, Appellants.

─────────────

**ERRTA SHEET**

The opinion of this Court issued on July 31, 2024 is amended as follows:

On page 22, line 11, replace "inquire" with "inquiry"

On page 83, line 10, replace "request" with "requests"